IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**KORTEZ DAYVONE HOWARD**                                                              **PLAINTIFF**

v.                         Case No. 2:15-cv-00084-KGB-JTR

**MIXSON, Nurse,**
**East Arkansas Regional Unit, ADC**                                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this 7th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE